UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| **Silas Dion Scarver** | ) | CHAPTER 13 |
| **Susan Ann Scarver,** | ) | CASE NO.: 18-10430-SDB |
| Debtors | ) | |
| | ) | |
| **Silas Dion Scarver** | ) | |
| **Susan Ann Scarver,** | ) | |
| Movants, | ) | |
| vs. | ) | |
| **Army & Air Force Exchange Services** | ) | |
| Respondent. | ) | |
| | ) | |

### NOTICE OF OBJECTION TO CLAIM

Movant has objected to your claim filed in this bankruptcy case.

<u>Your claim may be reduced, modified, or eliminated</u>.  You should read these papers carefully and discuss them with your attorney.  If you do not have an attorney, you may wish to consult one.

If you have legal grounds to oppose the objection, or if you wish the court to consider your views on the objection, you must file a written request for a hearing with the Clerk of Bankruptcy Court before the expiration of thirty (30) days from the date stated in the certificate of service.

If you mail your request for hearing to the court, you must mail it early enough so that it will be received within the time referenced above.

Any request for hearing must also be mailed to the moving party and all other persons indicated in the certificate of service attached to these pleadings.

If a timely request for hearing is filed, you will receive notice of the date, time, and place of hearing.

If you or your attorney does not take these steps, the court will decide that you do not oppose the objection to your claim.

Claimant has been served with a copy of the objection and a copy of this notice, and if claimant is a U.S. government agency, the U.S. Attorney, PO Box 8970, Savannah, Georgia 31412 )or PO Box 2017, Augusta, Georgia 30903), and the Attorney General in Washington, DC 20530 have also been served.

**Dated: June 6, 2018**          /s/ D. Clay Ward
                                 **D. Clay Ward, PO Box 1493, Augusta, GA 30901**
                                 **GA Bar No. 736770  (phone 706-724-2640)**

**Lucinda B. Rauback, Clerk**
**United States Bankruptcy Court**
**Southern District of Georgia**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| **Silas Dion Scarver** | ) | **CHAPTER  13** |
| **Susan Ann Scarver,** | ) | **CASE NO.: 18-10430-SDB** |
| Debtors | ) | |
| | ) | |
| **Silas Dion Scarver** | ) | |
| **Susan Ann Scarver,** | ) | |
| Movants, | ) | |
| vs. | ) | |
| **Army & Air Force Exchange Services** | ) | |
| Respondent. | ) | |
| | ) | |

**OBJECTION TO THE PROOF OF CLAIM OF ARMY & AIR FORCE EXCHANGE SERVICES**

COMES NOW, **Silas & Susan Scarver**, Debtors in the above-styled Chapter 13 case, and objects to the Proof of Claim of **Army & Air Force Exchange Services.** In support of this objection, debtors aver the following:

1. Debtors filed a Chapter 13 bankruptcy which is currently pending before this Court.

2. **Army & Air Force Exchange Services,** filed a proof of claim (claim number 26) in the present case.

3. **Army & Air Force Exchange Services** has failed to serve or attach documentation to the proof of claim.

Wherefore, Debtor respectfully requests this Court to reduce the claim (claim number 26) of

**Army & Air Force Exchange Services,** to the amount paid by the Chapter 13 Trustee.

Respectfully submitted this <u>6th</u> day of June, 2018.

/s/ D. Clay Ward
D. Clay Ward
Attorney for Debtors
Ga. Bar No. 736770

WARD and SPIRES LLC
PO Box 1493
Augusta, GA 30903
(706) 724-2640

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| **Silas Dion Scarver** | ) | CHAPTER  13 |
| **Susan Ann Scarver,** | ) | CASE NO.: 18-10430-SDB |
|     Debtors | ) | |
| | ) | |
| **Silas Dion Scarver** | ) | |
| **Susan Ann Scarver,** | ) | |
|     Movants, | ) | |
| vs. | ) | |
| **Army & Air Force Exchange Services** | ) | |
|     Respondent. | ) | |
| | ) | |

**ORDER**

After proper notice and no response having been filed by **Army & Air Force Exchange Services,** Debtor's Objection is hereby Granted.

WHEREFORE, IT IS HEREBY **ORDERED** that **Army & Air Force Exchange Service's** Proof of claim (claim number 26) is reduced to the amount paid by the Chapter 13 Trustee.

**[END OF DOCUMENT]**

Prepared by:
/s/ D. Clay Ward
Attorney for Debtor
Bar Number 736770
WARD and SPIRES LLC
PO Box 1493
Augusta, GA 30903

# CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the within and foregoing Debtor's Notice and Objection to Proof of Claim (claim number 26) upon the following by depositing same in the United States Mail, addressed as follows, with sufficient postage attached.

Chapter 13 Trustee
PO Box 2127
Augusta, Georgia 30903

U.S. Attorney General
Washington, D.C. 20530

U.S. Attorney
PO Box 2017
Augusta, Georgia 30903

Army & Air Force Exchange Services
Attention GC-G
3911 S. Walton Walker Blvd.
Dallas, TX 75236

Army & Air Force Exchange Services
c/o Bass & Assoc PC
3936 E. Ft. Lowell Rd.   Ste 200
Tucson, AZ 85712

DATED this 6th day of June, 2018.

/s/ D. Clay Ward
D. Clay Ward
Attorney for Debtors

Ward and Spires, LLC
PO Box 1493
Augusta, GA 30903
(706)724-2640