UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| SILAS DION SCARVER and | ) Chapter 13 |
| SUSAN ANN SCARVR, | ) |
| | ) Case No. 18-10430 |
| Debtors. | ) |

**OPPOSITION TO OBJECTION TO CLAIM AND REQUEST FOR HEARING**

Pursuant to the Notice of Objection to Claim, the United States of America hereby notifies the Court that it opposes Debtors' objection to the claim filed by the Army & Air Force Exchange Services ("AAFES"). Therefore, AAFES requests a hearing on the matter.

Respectfully submitted,

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY


*s/Jason W. Blanchard*
Jason W. Blanchard
Assistant United States Attorney
Georgia Bar No. 105620
P.O. Box 2017
Augusta, GA   30903
(706) 724-0517

## CERTIFICATE OF SERVICE

This 3rd day of July, 2018 I have sent a true copy of this document by electronic mail to:

>D. Clay Ward
>Ward and Spires, LLC
>(*via ECF/electronic filing*)

>Huon Le
>Chapter 13 Trustee
>(*via ECF/electronic filing*)

and by depositing copies thereof, postage prepaid, in the United States mail to:

>Silas Don Scarver
>Susan Ann Scarver
>3702 Bansbury Place
>Hephzibah, GA   30815

>*s/Jason W. Blanchard*
>Jason W. Blanchard
>Assistant United States Attorney