# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| Silas Dion Scarver and | ) | CHAPTER  13 |
| Susan Ann Scarver, | ) | CASE NO.:  18-10430-SDB |
| Debtors. | ) | |

## DEBTOR'S WITHDRAWAL OF THE OBJECTION TO THE PROOF OF CLAIM OF ARMY & AIR FORCE EXCHANGE SERVICE

NOW COMES, Silas and Susan Scarver, Debtors in the above-referenced Chapter 13 case, and respectfully withdraws their Objection to the Proof of Claim of the Army & Air Force Exchange Service.

Respectfully submitted this 24th day of July, 2018.

/s/ D. Clay Ward
D. Clay Ward
Attorney for Debtor
State Bar No.: 736770

Ward and Spires, LLC
PO Box 1493
Augusta, Georgia 30903
(706)724-2640