UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

IN RE: )
Silas Dion Scarver and )      CHAPTER 13
Susan Ann Scarver, )      CASE NO.: 18-10430-SDB
____Debtors._____ )

### DEBTOR'S WITHDRAWAL OF THE OBJECTION TO THE PROOF OF CLAIM OF ARMY & AIR FORCE EXCHANGE SERVICE — AMENDED

NOW COMES, Silas and Susan Scarver, Debtors in the above-referenced Chapter 13 case, and respectfully withdraws their Objection to the Proof of Claim of the Army & Air Force Exchange Service.

Respectfully submitted this 25th day of July, 2018.

/s/ D. Clay Ward
D. Clay Ward
Attorney for Debtor
State Bar No.: 736770

Ward and Spires, LLC
PO Box 1493
Augusta, Georgia 30903
(706)724-2640

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| IN RE:<br>**Silas Dion Scarver**<br>**Susan Ann Scarver,**<br>　　　**Debtors** | )<br>)　CHAPTER  13<br>)　CASE NO.: 18-10430-SDB<br>)<br>) |

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the within and foregoing Withdrawal of the Objection to the Proof of Claim of Army & Air Force Exchange Service upon the following by depositing same in the United States Mail, addressed as follows, with sufficient postage attached.

Chapter 13 Trustee
PO Box 2127
Augusta, Georgia 30903

U.S. Attorney General
Washington, DC 20530

U.S. Attorney
PO Box 2017
Augusta, GA 30903

Army & Air Force ExchangeServices
Attention GC-G
3911 S. Walton Walker Blvd.
Dallas, TX 75236

Army & Air Force Exchange Services
c/o Bass & Assoc PC
3936 E. Ft. Lowell Rd.    Ste 200
Tucson, AZ 85712

DATED this 25th day of July, 2018.

Ward & Spires, LLC
PO Box 1493
Augusta, Georgia 30903
(706) 724-2640

/s/ D. Clay Ward
D. Clay Ward
Attorney for Debtor